Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Geneva Village Retirement Community Ltd.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Geneva Village Nursing & Rehabilitation** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **01-0825952** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **405 Tallmadge Rd** <br> **Cuyahoga Falls, OH 44221-3362** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Summit** <br> County | **Location of principal assets, if different from principal place of business** |
| | **1140 S Broadway Geneva, OH 44041-9143** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|--------|--|-------------|--|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

21-50498-amk    Doc 1    FILED 03/30/21    ENTERED 03/30/21 09:00:07    Page 2 of 23

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No

- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____

                     Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No

    - ☐ Yes.    Insurance agency   _____

                 Contact name   _____

                 Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

     .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 30, 2021**
MM / DD / YYYY

X **/s/ Michael J. Francus**            **Michael J. Francus**
Signature of authorized representative of debtor       Printed name

Title   **President of VRC Mgt., Inc.**
**Non-Member M**

**18. Signature of attorney**

X **/s/ Anthony J. DeGirolamo**       Date **March 30, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Anthony J. DeGirolamo**
Printed name

**Anthony J. DeGirolamo, Attorney at Law**
Firm name

**3930 Fulton Dr NW Ste 100B**
**Canton, OH 44718-3040**
Number, Street, City, State & ZIP Code

Contact phone   **(330) 305-9700**      Email address   **tony@ajdlaw7-11.com**

**0059265**
Bar number and State

| | |
|---|---|
| Debtor name | **Geneva Village Retirement Community Ltd.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO, AKRON DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Absolute Health Services Inc. PO Box 519 Green, OH 44232-0519 | | Trade debt | | | | $1,820.00 |
| Allstate Medical 34 35th St Brooklyn, NY 11232-2021 | | Trade debt | | | | $884.96 |
| American Health Associates 671 Ohio Pike Cincinnati, OH 45245-4129 | | Trade debt | | | | $734.34 |
| Arbor Rehabiliation & Healthcare Svcs PO Box 99 Gates Mills, OH 44040-0099 | | Trade debt | | | | $21,957.10 |
| Constellation New Energy Inc. PO Box 4640 Carol Stream, IL 60197-4640 | | Trade debt | | | | $4,434.14 |
| Davissa Telephone Systems Inc. 23800 Commerce Park Ste B Cleveland, OH 44122-5828 | | Trade debt | | | | $1,180.66 |
| Geneva Life Care Center LLC 2251 Front St Ste 202 Cuyahoga Falls, OH 44221-2578 | | Rents | Unliquidated Disputed | | | $727,221.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

21-50498-amk    Doc 1    FILED 03/30/21    ENTERED 03/30/21 09:00:07    Page 6 of 23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Healthcare Services Group 3220 Tillman Dr Ste 300 Bensalem, PA 19020-2028** | | **Trade debt** | | | | $19,410.99 |
| **Insurance Partners Agency Inc. 26865 Center Ridge Rd Westlake, OH 44145-4042** | | **Trade debt** | | | | $73,805.00 |
| **MD Services Inc. PO Box 875 Hebron, OH 43025-0875** | | **Trade debt** | | | | $611.00 |
| **MedArbor LLC 200 Rittenhouse Cir Ste 4 Bristol, PA 19007-1619** | | **Trade debt** | | | | $1,050.00 |
| **Office Depot Inc. PO Box 533301 Cincinnati, OH 45201** | | **Trade debt** | | | | $669.94 |
| **Remedi Senior Care Ohio PO Box 75738 Baltimore, MD 21275-5738** | | **Trade debt** | | | | $11,353.40 |
| **Sam's Club PO Box 960016 Orlando, FL 32896-0016** | | **Trade debt** | | | | $1,169.16 |
| **SeniorTV 975 E Tallmadge Ave Akron, OH 44310-3547** | | **Trade debt** | | | | $900.48 |
| **The Illuminating Company PO Box 3687 Akron, OH 44309-3687** | | **Trade debt** | | | | $3,219.67 |
| **Twin Med LLC PO Box 847340 Los Angeles, CA 90084-7340** | | **Trade debt** | | | | $1,347.17 |
| **US Foods Inc. PO Box 642561 Pittsburgh, PA 15264-2561** | | **Trade debt** | | | | $3,000.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management Of Ohio Inc. PO Box 4648 Carol Stream, IL 60197-4648** | | **Trade debt** | | | | **$1,885.73** |
| **Webster & Associates LPA 17 S High St Ste 770 Columbus, OH 43215-3450** | | **Trade debt** | | | | **$787.50** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Northern District of Ohio, Akron Division**

IN RE:                                                     Case No. _____

Geneva Village Retirement Community Ltd. _____ Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 30, 2021** _____     Signature: */s/ Michael J. Francus* _____
                                                    **Michael J. Francus, President of VRC Mgt., Inc. Non-Member M** _____ Debtor

Date: _____     Signature: _____
                                                                                        Joint Debtor, if any

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Ability Network Inc.
PO Box 856015
Minneapolis, MN  55485-6015


Absolute Health Services Inc.
PO Box 519
Green, OH  44232-0519


Acme Exterminating Co.
3709 Lee Rd
Shaker Heights, OH  44120-5103


Action Door
5983 Andrews Rd
Mentor on the Lake, OH  44060-2819


ADVAN Design
3916 Clock Pointe Trl Ste 103
Stow, OH  44224-2932


Alfred Nickles Bakery Inc.
26 Main St N
Navarre, OH  44662-1158


Allscripts Healthcare LLC
24630 Network Pl
Chicago, IL  60673-1246

Allstate Medical
34 35th St
Brooklyn, NY  11232-2021


American Health Associates
671 Ohio Pike
Cincinnati, OH  45245-4129


American Health Care Association
1201 L St NW
Washington, DC  20005-4024


Andover Village Realty Ltd.
405 Tallmadge Rd
Cuyahoga Falls, OH  44221-3362


Andover Village Retirement Community Ltd
405 Tallmadge Rd
Cuyahoga Falls, OH  44221-3362


Arbor Rehabiliation & Healthcare Svcs
PO Box 99
Gates Mills, OH  44040-0099


Ashtabula County Health Department
12 W Jefferson St
Jefferson, OH  44047

Ashtabula County Medical Center
Attn: General Accounting
2420 Lake Ave
Ashtabula, OH  44004-4954


Aultcare
PO Box 94603
Cleveland, OH  44101-4603


Axelix Health Consulting Inc.
8587 East Ave
Mentor, OH  44060-4301


Belenky
1601 Frederick Blvd
Akron, OH  44320-4005


Boston Mutual Life Insurance Co.
PO Box 55153
Boston, MA  02205-5153


Brown Sprinkler Services Inc.
PO Box 8
Dorset, OH  44032-0008


Bureau of Criminal Investigation
PO Box 365
London, OH  43140-0365

Bureau Of Workers Compensation
30 W. Spring  32nd FL
Columbus, OH  43215


City of Geneva
44 N Forest St
Geneva, OH  44041-1371


Collins Learning
1975 E Western Reserve Rd Unit B2
Poland, OH  44514-5222


Community Care Ambulance
115 E 24th St
Ashtabula, OH  44004-3417


Constellation New Energy Inc.
PO Box 4640
Carol Stream, IL  60197-4640


County Waste Services Ltd.
PO Box 269
Unionville, OH  44088-0269


CPAN
3600 Park 42 Dr Ste 110A
Cincinnati, OH  45241-4039

Davissa Telephone Systems Inc.
23800 Commerce Park Ste B
Cleveland, OH  44122-5828


DEX Imaging
PO Box 17299
Clearwater Beach, FL  33762-0299


Direct Supply Inc.
PO Box 88201
Milwaukee, WI  53288-8201


Dominion East Ohio
PO Box 26785
Richmond, VA  23261-6785


Falls Village Retirement Community Ltd
405 Tallmadge Rd
Cuyahoga Falls, OH  44221-3362


Fidelity Voice Services LLC
PO Box 512395
Los Angeles, CA  90051-0395


Gazette Newspapers
PO Box 166
Jefferson, OH  44047-0166

Geneva Life Care Center LLC
2251 Front St Ste 202
Cuyahoga Falls, OH  44221-2578


Giant Eagle
755 S Broadway
Geneva, OH  44041-1916


HealthAgree LLC
7672 Montgomery Rd Ste 309
Cincinnati, OH  45236-4204


Healthcare Services Group
3220 Tillman Dr Ste 300
Bensalem, PA  19020-2028


Holly's Hearing Aid Center
9875 Johnnycake Ridge Rd
Mentor, OH  44060-6748


Insurance Partners Agency Inc.
26865 Center Ridge Rd
Westlake, OH  44145-4042


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

```
Iron Mountain
PO Box 27127
New York, NY  10087-7127


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH  44199-0000


Joseph F. Petros, Esq.
Rolf Goffman Martin Lang LLP
30100 Chagrin Blvd Ste 350
Cleveland, OH  44124-5705


Leaf
PO Box 5066
Hartford, CT  06102-5066


Liptak Scale Inc.
6546 Pitts Blvd
North Ridgeville, OH  44039-3118


MD Services Inc.
PO Box 875
Hebron, OH  43025-0875


MedArbor LLC
200 Rittenhouse Cir Ste 4
Bristol, PA  19007-1619
```

Metropolitan Life Insurance Co.
PO Box 804466
Kansas City, MO  64180-4466


MobilexUSA
PO Box 17462
Baltimore, MD  21297-0518


Morsch Medical
PO Box 446
Berea, OH  44017-0446


Multi-Flow Dispensers of Ohio
4705 Van Epps Rd
Independence, OH  44131-1013


National Datacare Corporation
PO Box 222430
Chantilly, VA  20153-2430


Network Services Company
29060 Network Pl
Chicago, IL  60673-1290


New Dairy Opco LLC
PO Box 208769
Dallas, TX  75320-8769

Northern Haserot
PO Box 74640
Cleveland, OH  44194-0002


Northfield Village Retirement Community
405 Tallmadge Rd
Cuyahoga Falls, OH  44221-3362


Northshore Healthcare
3755 Orange Pl Ste 1010
Beachwood, OH  44122-4426


OBM Ohio Business Machines
1111 Superior Ave E Ste 105
Cleveland, OH  44114-2525


Office Depot Inc.
PO Box 533301
Cincinnati, OH  45201


Office Of The Ohio Attorney General
150 E Gay St
Collections Enforcement Section
Columbus, OH  43215-0000


Ohio Dept Of Job & Family Services
PO Box 182404
Columbus, OH  43218-0000

Ohio Health Care Association
PO Box 447
Lewis Center, OH  43035-0447


Owen Price
16 N Broadway Apt 1
Geneva, OH  44041-1142


PointClickCare Technologies Inc.
PO Box 674802
Detroit, MI  48267-4802


PointRight Inc.
PO Box 4110
Woburn, MA  01888-4110


Protegis Fire & Safety
PO Box 931933
Cleveland, OH  44193-0004


Psych 360
3593 Medina Rd Ste 181
Medina, OH  44256-8182


Quality Long Term Care Consulting LLC
2251 Front St Ste 105
Cuyahoga Falls, OH  44221-2577

RCX Billing Solutions
PO Box 690
Wadsworth, OH  44282-0690


Remedi Senior Care Ohio
PO Box 75738
Baltimore, MD  21275-5738


Respiratory Care Partners Inc.
PO Box 8911
Warren, OH  44484-0911


Robert Stefancin, Esq.
Whitmer & Ehrman LLC
2344 Canal Rd Ste 401
Cleveland, OH  44113-2535


RW Corwin & Company Inc.
PO Box 690
Wadsworth, OH  44282-0690


Sally Rowen, et al.
Ciano & Goldwasser
28601 Chagrin Blvd Ste 250
Beachwood, OH  44122-4558


Sam's Club
PO Box 960016
Orlando, FL  32896-0016

Scrubs on Wheels
1730 Gateway Ct
Elkhart, IN  46514-8217


SeniorTV
975 E Tallmadge Ave
Akron, OH  44310-3547


Service Wet Grinding Co.
1867 Prospect Ave E
Cleveland, OH  44115-2313


Shred It USA
28883 Network Pl
Chicago, IL  60673-1288


Star Beacon
PO Box 2100
Ashtabula, OH  44005-2100


State Of Ohio Dept Of Taxation
PO Box 530 Attn:  Bankruptcy Division
Columbus, OH  43216


State Road Occupational Medical Facility
600 State Rd Ste 166
Ashtabula, OH  44004-3933

The Illuminating Company
PO Box 3687
Akron, OH  44309-3687


TridentUSA Mobile Infusion Services LLC
PO Box 746350
Atlanta, GA  30374-6350


Twin Med LLC
PO Box 847340
Los Angeles, CA  90084-7340


UH Cleveland Medical Center
11100 Euclid Ave
Cleveland, OH  44106-1716


US Attorney General
950 Pennsylvania Ave NW
C/O US Dept Of Justice
Washington, DC  20530-0000


US Foods Inc.
PO Box 642561
Pittsburgh, PA  15264-2561


VRC Management Inc
405 Tallmadge Rd
Cuyahoga Falls, OH  44221-3362

```
Waste Management Of Ohio Inc.
PO Box 4648
Carol Stream, IL  60197-4648


Webster & Associates LPA
17 S High St Ste 770
Columbus, OH  43215-3450
```